June 26, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JOHN B. PLUNKETT, Appellant

NO. 14-11-00356-CV            V.

JUSTIN CURTIS NALL, ROBERT W. NALL, AND OLGA L. NALL, Appellees

——————————————

This cause, an appeal from the summary judgment in favor of appellees, Justin Curtis Nall, Robert W. Nall, and Olga L. Nall, signed November 9, 2010 and made final by the order of severance signed April 5, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellees, Justin Curtis Nall, Robert W. Nall, and Olga L. Nall, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.